# Court of Appeals
# of the State of Georgia

ATLANTA, __December 28, 2023__

*The Court of Appeals hereby passes the following order:*

**A24A0574. ACE PROPERTY AND CASUALTY INSURANCE COMPANY et al. v. BRODERICK O'NEAL.**

Upon consideration of Appellants' motion to voluntarily dismiss their appeal, that motion is granted, and this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__ 12/28/2023 __

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.



_____ , Clerk.